# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161262(52)(53)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JODY POHLMAN,

      Plaintiff-Appellant,

v

JAMES G. POHLMAN,

      Defendant-Appellee.

SC: 161262
COA: 344121
Oakland CC: 2017-853588-DO

_____/

On order of the Chief Justice, the motion of the Alternative Dispute Resolution Section of the State Bar of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 23, 2020 is accepted for filing. The motion to delay consideration of the application until the amicus brief could be filed is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2020



Clerk